UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GIRALDES, | No. C 14-1716 SI (pr) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| MACOMBER, warden, | |
| Respondent. | |

Larry Giraldes, a prisoner at the California State Prison - Sacramento, filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 to challenge his 1993 conviction in Santa Clara County Superior Court. He has challenged that conviction previously and, as he has previously been informed, must obtain the appellate court's permission to challenge it again.

Giraldes' first federal petition for writ of habeas corpus was filed in July 1998 and dismissed in November 1998 as untimely. *See Giraldes v. Ramirez-Palmer*, No. C 98-2757 SI. (Earlier this month, the court denied a motion for reconsideration in that action with a detailed rejection of Giraldes' actual innocence argument.) Giraldes tried to file a second federal petition for writ of habeas corpus in 2008, arguing that he had newly discovered evidence of actual innocence; the court dismissed the petition as a second/successive petition for which Giraldes had not first received permission to file from the Ninth Circuit. *See Giraldes v. Adams*, No. C 08-4439 SI. Giraldes then applied to the Ninth Circuit in 2009 for permission to file a second or successive permission, and the Ninth Circuit rejected his application. *See In Re. Giraldes*, Ninth Cir. No. 09-70514.

1   A second or successive petition may not be filed in this court unless the petitioner first
2   obtains from the United States Court of Appeals for the Ninth Circuit ("Ninth Circuit") an order
3   permitting this court to consider the petition. 28 U.S.C. § 2244(b)(3)(A). This rule applies
4   when the previous petition was dismissed as barred by the statute of limitations which constitutes
5   a disposition on the merits. *See McNabb v. Yates*, 576 F.3d 1028, 1029-30 (9th Cir. 2009).

6   Giraldes has not obtained the required permission from the Ninth Circuit. This court will
7   not entertain a new petition for writ of habeas corpus from Giraldes until he first obtains
8   permission from the Ninth Circuit to file such a petition. This action is DISMISSED without
9   prejudice to Giraldes filing a petition for writ of habeas corpus in this court after he obtains the
10  necessary order from the Ninth Circuit.

11  If Giraldes wants to attempt to obtain the necessary order from the Ninth Circuit, he
12  should file an "Application For Leave To File Second Or Successive Petition" in the Ninth
13  Circuit (at 95 Seventh Street, San Francisco, CA 94103). A copy of the form application is
14  enclosed with this order for his convenience.

15  The clerk shall close the file.

16  IT IS SO ORDERED.

17  DATED: April 16, 2014

                                        _____
                                                SUSAN ILLSTON
                                        United States District Judge